UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CLIFFORD ERIC BURGESS**    ] | |
|     Petitioner,    ] | |
|    ] | |
| **v.**    ] | **No. 3:14-0015** |
|    ] | **Judge Campbell** |
| **WARDEN JERRY LESTER**    ] | |
|     Respondent.    ] | |

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the respondent's Motion to Dismiss (Docket Entry No. 22) lacks merit. Therefore, said motion is hereby DENIED.

The respondent shall, within thirty (30) days of the date of entry of this order on the docket, submit a responsive pleading addressing the merits of the petitioner's application (Docket Entry No. 1) for habeas corpus relief.

It is so ORDERED.

*Todd Campbell*
Todd Campbell
United States District Judge